UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LORNA SCHORTMANN, MARILYN MULLEN, JANICE REHMAN, AND BARBARA TAYLOR, AS CO-EXECUTORS OF THE ESTATE OF LEONARD F. LEGANZA, DECEASED<br><br>Plaintiff,<br><br>v.<br><br>MACRON FARMS, INC., LATHA RONALD POINDEXTER AND SHERIAN POINDEXTER,<br><br>Defendants. | Case No. 1:19-cv-00697-DAD-EPG<br><br>ORDER DIRECTING CLERK OF COURT TO CLOSE CASE IN LIGHT OF VOLUNTARY DISMISSAL<br><br>(ECF NO. 8) |

On January 6, 2020, Plaintiffs Lorna Schortmann, Marilyn Mullen, Janice Rehman, and Barbara Taylor, as Co-Executors of the Estate of Leonard F. Leganza, Deceased, filed a notice of voluntary dismissal pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i). (ECF No. 8.) Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), the dismissal is without prejudice.[1]

Accordingly, the Clerk of Court is DIRECTED to close this case.
IT IS SO ORDERED.

Dated: **January 8, 2020**   /s/ Erica P. Grosjean
UNITED STATES MAGISTRATE JUDGE

---

[1] This is so because the notice of dismissal does not indicate whether it is with or without prejudice, and, pursuant to Federal Rule of Civil Procedure 41(a)(1)(B), "[u]nless the notice or stipulation states otherwise, the dismissal is without prejudice."

1